UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PAUL SURINE, : | |
| : | CIVIL ACTION NO. 3:22-1656 |
| Petitioner : | |
| : | (JUDGE MANNION) |
| v. : | |
| WARDEN THOMPSON, : | |
| Respondent : | |

### ORDER

In accordance with this Court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. The petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241 is **DISMISSED** for lack of jurisdiction.

2. The Clerk of Court is directed to **CLOSE** the above captioned case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: April 22, 2024**
22-1656-01-Order